Case 3:08-cv-02188-SI   Document 2   Filed 04/28/2008   Page 1 of 6

FILED
APR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marlon Estacio Pagtakhan
(ETAL "derivative" victims)
                        Plaintiff,

CV 08   2188

CASE NO. _____

vs. detective John Doe, Burlingame
Police Department, Chief Deputy D.A. Steve
Waystaffe ETAL, Eric M. Hove, Jatinder
K Singh, Thomas M. Samuels, Jack
Grandsaert, County of     Defendant.
San Mateo

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Marlon Pagtakhan, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ___   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __n/a_____   Net: __n/a_____

Employer: __n/a_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>Celtic Moving & Storage, 18/hour "$2,880</u>
5  <u>potential" before my arrest on 8/11/07</u>
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or          Yes ✗  No ___
10         self employment
11     b.   Income from stocks, bonds,        Yes ___  No ✗
12         or royalties?
13     c.   Rent payments?                     Yes ___  No ✗
14     d.   Pensions, annuities, or             Yes ___  No ✗
15         life insurance payments?
16     e.   Federal or State welfare payments,    Yes ___  No ✗
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 <u>employment ranging from $1,500-2,500/month</u>
22 <u>4 months prior to arrest on 8/11/07</u>
23 3.    Are you married?                        Yes ___  No ✗
24 Spouse's Full Name: _____n/a_____
25 Spouse's Place of Employment: _____n/a_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____∅_____ Net $_____∅_____
28 4.   a.   List amount you contribute to your spouse's support: $___∅___

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  mother who I financially aided in the amount
6  of 500.00 before my arrest.
7  5.  Do you own or are you buying a home?   Yes ___ No X
8  Estimated Market Value: $ Ø   Amount of Mortgage: $ Ø
9  6.  Do you own an automobile?   Yes ___ No X
10 Make  n/a   Year  n/a   Model  n/a
11 Is it financed? Yes ___ No ___ If so, Total due: $ Ø
12 Monthly Payment: $ Ø
13 7.  Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: n/a
15 _____
16 Present balance(s): $ Ø
17 Do you own any cash? Yes X No ___ Amount: $ 4.00 (pocket money)
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes X No ___
20 household for a studio, sister is paying for my storage unit (.60/per pound)
21 8.  What are your monthly expenses?
22 Rent: $ Ø   Utilities: Ø
23 Food: $ 10/month extra food   Clothing: Ø
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____   $ _____   $ _____
27 _____   $ _____   $ _____
28 _____   $ _____   $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  __Yes / amount unknown (cards used when I__
4  __was a teen)__
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  __habeas corpus C-07-6384 SI (pr) US District Court__
10 __habeas corpus HC1973 Superior County of San Mateo__
11 (also pending in Court of Appeals)
   I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 __April 14th, 2008__           __[signature]__
17      DATE                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Marlon Pagtakhan** [prisoner name] for the last six months **Napa State Hospital** [name of institution] where (x)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **12.50** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **12.50**.

Dated: **4-14-08**

**Amy Davis MSW**
[Authorized officer of the institution]

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

| | | NAPA STATE HOSPITAL | | | | |
|---|---|---|---|---|---|---|
| 4/14/2008 | | TRUST ACCOUNT / CASHIERS' SYSTEM II | | | | Page 1 of 1 |
| 10:45:26AM | | Patient Ledger Report | | | | |

2074227   PAGTAKHAN, MARLON

| | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 03/07/2008 | 18-075699 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 2 | 03/13/2008 | 13-155409 | Cash Disbursement | Cashlist V-702 | $12.50 | | $0.00 |
| 3 | 04/06/2008 | 18-075802 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 4 | 04/10/2008 | 13-155619 | Cash Disbursement | cl v780 | $12.50 | | $0.00 |

**TOTAL WITHDRAWLS / DEPOSITS:**                                                                                                   $25.00     $25.00










FR: MARLON E. PAGTAKHAN #20742227
NAPA STATE HOSPITAL Q1, Q2
2100 NAPA VALLEJO HWY
NAPA, CA 94558-6293

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102