Clerk/U.S. District Court    May 20, 2008
(and/or) U.S. District Judge Susan Illston
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED
MAY 27 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Subject: Complaint # CV 08 2188
SI (PR)

Dear Richard W. Wieking, and Honorable Judge Susan Illston,

Greetings and good day.

FILED MAY 27 2008

I am inquiring on the above case on the matter of having the complaint and summons (ECF Handout) served on the defendants. Has this been done or will it by a U.S. Marshall, or should I have them served myself? I should also request leave to amend the complaint to add Chuck Witt as a replacement for John Doe, and also add an individual claim for the police department, and County as well. Please do not close this case prematurely as I truly feel wronged and seek justice as there are some aspects regarding

(1)

Case 3:08-cv-02188-SI   Document 3   Filed 05/27/2008   Page 2 of 2

(continued)

my situation that must be brought forward. My habeas corpus appeals was denied with no reason and I'm now amending a petition to the State Supreme Court, in a more formal and less expressive manner. I'm also to take civil action against the criminal syndicate that framed me up through a State Tort/Civil Rights/RICO complaint in Superior Court. Would this effect this pending civil complaint in Federal Court, or be illegal? Please respond if you are able or mail me a copy of any "local rules of court" that may be useful, or any procedural information.

Thank you for your time.

Sincerely,

Marlon E. Pagtakhan
pro-se

Marlon Pagtakhan #2074227
Napa State Hospital Q9
2100 Napa Vallejo Hwy.
Napa, Ca. 94558-6293

(P.S. Unit amended to "Q9")

Marlon E. Pagtakhan
2100 Napa Vallejo Hwy.
Napa, CA 94558-6293 Q9

Northern District of California
Clerk, U.S. District Court
Richard W. Wieking

MAY 27 2008

RECEIVED

Clerk/
(and/or) U.S. District Judge Susan Illston
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004219468
$ 00.420
MAY 23 2008
MAILED FROM ZIP CODE 94558