# APPLICATION FOR APPOINTMENT OF COUNSEL

08 JUN 17 PM 1:00

In the United States District Court
For the Northern District of California

| Pagtakhan ET AL | Application For |
| v. | Appointment Of Counsel |
| Witt ET AL | Case No. CV 08 2188 SI (PR) |

Marlon E. Pagtakhan #2074227
Napa State Hospital Q9
2100 Napa Vallejo Highway
Napa, Ca. 94558-6293

I need a lawyer as I do not have adequate resources and my case is complicated.

I declare under penalties of perjury that the foregoing is true. I understand that if assigned a lawyer, and that my lawyer learns I can afford a lawyer, he/she may submit this information to the court. If my answers on my application to Proceed *in Forma Pauperis* are false, my *civil rights action* may be dismissed.

Signed on this 12th day of June, 2008.

*Marlon E. Pagtakhan*

[1]