1  <u>ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER</u>

2

3  <u>In the United States District Court</u>

4  <u>For the Northern District of California</u>

5

| | |
|---|---|
| 6  Pagtakhan ET AL | Order To Show Cause For |
| 7  v. | Preliminary Injunction and |
| 8  Witt ET AL | Temporary Restraining Order |
| 9  | Case No. CV 08 2188 SI (PR) |

10

11  Hereafter the complaint, sworn to the 13th
12  day of April, 2008, and the document attac-
13  hed including memorandum of law submitt-
14  ed herewith, It is:

15

16  **ORDERED** that the above named defendant-
17  s Witt, Wagstaffe ET AL, Hove, Singh, and S-
18  amuels show cause in room ____ of the
19  United States Courthouse, 450 Golden Gat-
20  e Ave., San Francisco, Ca. 94102, on the ____
21  day of ____, 2008 at ____ o'clock, or
22  as soon thereafter as counsel may be hear-
23  d, why preliminary injunction should not iss-
24  ue enjoining the defendants, their agents
25  and employees and all other persons actin-
26  g in concert and participation with them, c-
27  ompelling the retraction of Singh's and S-
28  amuels' competency reports and misdiag-

[1]

1  nosis, compelling a recognizance release
2  remedy to the plaintiff Pagtakhan, compell-
3  ing a stay of prosecution unless Pagtakh-
4  an resumes contact with alleged victims
5  pursuant state proceeding NF369118A (
6  temporary restraining order issued 8/14/07),
7  compelling the release and disclosure
8  of all related and documentary evidenc-
9  e (discovery items) to Pagtakhan.

11 **IT IS FURTHER ORDERED** that effective im-
12 mediately, and pending the hearing and dete-
13 rmination of this order to show cause, the de-
14 fendants Witt, Wagstaffe ET AL, and Hove, and
15 each of their officers, agents, employees and all
16 persons acting in concert or participation with
17 them, are restrained from disclosing materia-
18 l to, or conversing with any media in regar-
19 ds to allegations not proven by jury reg-
20 arding Pagtakhan, and are further restrain-
21 ed from bringing any further and additio-
22 nal moot charges against Pagtakhan in
23 an act of retaliation.

Dated:
United States District Judge