# MOTION REQUESTING LEAVE TO AMEND COMPLAINT

08 JUN 17 PM 12:59

In the United States District Court
For the Northern District of California

| Pagtakhan ET AL | Motion Requesting Leave |
| v. | To Amend Complaint |
| Witt ET AL | Case No. CV 08 2188 SI (PR) |

To: The Honorable Court In The Above Entitled Cause Of Action

Please be advised that on the day of June ____, 2008, at the hour of 8:00am in the courtroom of the Honorable Judge Susan Illston, or as soon thereafter as this motion can be heard, plaintiff will move the court for an order to permit leave to amend complaint.

I, Marlon Estacio Pagtakhan, request permission and time to amend the initial complaint with an amended name, more facts, additional defendants (Daily Journal, APW affiliates), and additional grounds, as well as injunctive relief.

June 12th, 2008              Marlon E. Pagtakhan

[1]