*Proof of Service – Mail*

## PROOF OF SERVICE

Re:  Case Number **CV 08 2188 SI (PR)**
     Case Title **Pagtakhan ET AL**
                **v. Witt ET AL**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/~~am not~~ a party in the above-entitled action. I ~~am employed in~~/reside in the County of **???** and my ~~business~~/residence address is **Napa State Hospital Q9, 2100 Napa Vallejo Hwy., Napa, Ca. 94558-6293**

On **June 13th, 2008**, I served the attached documents described as a **application for counsel, motion requesting leave, order to show cause, motion to submit document, 58 paged document**

on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in **Napa State Hospital**, California, addressed as follows:

**Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102**

I, **Marlon Estacio Pagtakhan**, declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 13th, 2008**, at **Napa State Hospital, Napa**, California.

*Marlon E. Pagtakhan*
Signature

