**FILED**
JUN 19 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  In the United States District Court
2  For the Northern District of California
3
4  Pagtakhan ET AL          Motion To File Attach-
5  v.                       ed Documents On Rec-
6  Witt ET AL               ord (For Reference In
7                           Case Of Retalliation)
8  To: THE HONORABLE COURT IN    Case No. CV 08 2188 SI (PR)
9  THE ABOVE ENTITLED CAUSE
10                              Please be advised that on
11 the ___ day of _____, 200_, at the hour of ___
12 in the courtroom of the Honorable Judge Susan Illston,
13 or as soon thereafter as this motion can be heard, plai-
14 ntiff will move the court for an order to file attached do-
15 cuments on record, for reference, In case or event of ret-
16 alliation.
17
18 I, Marlon E. Pagtakhan, request that the court file
19 the attached 12 page document into my file in case of
20 any acts of retalliation. The attached document is a
21 case regarding deputy Sheriff brutality that will be
22 filed with the Eastern District Court in the next few
23 days, that I compiled for a Michael A. Serger, versus
24 the Sutter County Sheriff's Department ET AL.
25
26 I declare under penalty of perjury that the foregoing is tr-
27 ue and correct signed this 17th day of June, 2008.
28                              Marlon E. Pagtakhan

[1]

1  **COMPLAINT BY A PRISONER UNDER 42 U.S.C §1983**
2  Michael A. Serger #2073138
3  Napa State Hospital Q9
4  2100 Napa Vallejo Hwy.
5  Napa, Ca. 94558

6
7  United States District Court
8  Eastern District Of California
9

10 Michael A. Serger          Case No. _____
                              (To be provided by the Clerk of Court)
11 vs.
12 deputy Sheriff Adams       COMPLAINT UNDER THE
13 deputy Sheriff Barnec      CIVIL RIGHTS ACT,
14 deputy Sheriff Simpson     Title 42 U.S.C. §1983
15 deputy Sheriff John Doe
16 deputy Sheriff Kehoe (Sergeant)
17 Sutter County Sheriff's Department
18 (all in their official capacities)
19 County of Sutter
20

21 I. A. No
22    B. n/a
23       (subsections for B. #'s 1 through 7 n/a)
24
25 II. A. Yes
26     B. Yes, complaints were filed in Sutter County Jail.
27     C. My Sutter County Jail complaints were neglected.
28        (a claim against Sutter County was filed on 5/2/08)

COMPLAINT              [1]

III. A. deputy Sheriff "John" <u>Adams</u>,
Superior Court of Sutter County

B. deputy Sheriff "John" <u>Barnec</u>,
Superior Court of Sutter County

deputy Sheriff "John" <u>Simpson</u>,
Sutter County Jail

deputy Sheriff "<u>John Doe</u>",
Sutter County Jail

<u>Sergeant</u> deputy Sheriff "John" <u>Kehoe</u>,
Sutter County Jail

<u>Sutter County Sheriff's Department</u>
1077 Civic Center Blvd. (possible address)
Yuba City, Ca. 95993

<u>County of Sutter</u>
Clerk of the Board of Supervisors
1160 Civic Center Blvd., Ste. A
Yuba City, Ca. 95993

IV. (1) On June 11, 2007, deputy Adams did willfully and unlawfully strike with excessive force, Mr. Serger on his lower back, in an effort to move the plaintiff

COMPLAINT          [2]

1 forward, while on transport from a holding
2 tank to the Superior Court of County of
3 Sutter for a court appearance. On the
4 way up the stairs, about halfway, deputy
5 Adams again struck Serger in the same
6 manner, all the while Serger was chained
7 and shackled.
8
9    (2) On August 6, 2007, deputy Barnec
10 did willfully and unlawfully strike with
11 excessive force, Mr. Serger, on his lower
12 right backside, as he was attempting to ch-
13 ain Serger to a wall while he was seated
14 on the bench. Barnec was commanding
15 Serger to move left on the bench when
16 he struck twice which felt to Serger as
17 a metal object. There were several inma-
18 tes present and Serger was eventually
19 chained to the wall after he was already
20 shackled. One declaration from an inmate
21 witness states Barnec slamming Serger
22 onto the bench, expiditing Serger who
23 was already complying to obey the comm-
24 and. This occuring in the Sutter County
25 Courthouse basement after an appearance
26
27    (3) On November 5, 2007, Serger was
28 called from his cell for a visit. When Ser-

COMPLAINT            [3]

1  ger was outside the visiting center waiting,
2  deputy Simpson commanded him to stand
3  at a certain spot. Simpson then left. Deputy
4  John Doe then commanded him to stand
5  elsewhere. Simpson upon return asked
6  Serger, "Why are you standing there? I
7  told you to stand right there!" (pointing)
8  Serger then complied moving the four feet di-
9  stance required by Simpson. Sergeant Ke-
10 hoe then grabbed Serger on his left after
11 he appeared on the scene, ordering the two
12 to take Serger back to his cell. One of the
13 two grabbed his right (Serger's) arm. Serg-
14 er was shackled holding legal work (pape-
15 rs) for his visit. Hooking Serger they dragg-
16 ed him down the long hallway back to his ce-
17 ll with excessive and unnecessary force. W-
18 hen Serger cried out "Stop! I'll walk! I'l'
19 walk!" The two officers jokingly commande-
20 d "Walk! Walk!" while they continued to
21 drag Serger in a way that made walking
22 impossible. Upon arrival to Serger's cell #
23 A7, he was slammed down on the floor
24 face first while shackled. Serger cried
25 out that he was hurting. Kehoe then took
26 a position to Serger's right, going down to
27 one knee uncuffing Serger's hand. (left)
28 Serger put his left hand on the floor before

COMPLAINT          [4]

1. him. As he did so, Kehoe grabbed Serger by
2. the hair and repeatedley punched Serg-
3. er on Serger's jaw and right side of the
4. face. As he was attacked, Serger tried
5. to make way under the bunk for protectio-
6. n with his free left hand. Crying "Pleas-
7. e! Please! Stop! Stop!"; Kehoe then put
8. two fingers into Serger's nose and for-
9. ced Serger's head upwards, stopping him
10. from crying aloud. Serger then complied
11. orders and put his left hand back behind
12. him. Blacking out, Serger was unaware
13. of what then transpired. (deputy Bish-
14. op, who Serger believes is an honest
15. officer, must have witnessed this bea-
16. ting from the "bubble" surveilance are-
17. a) Sometime later Serger woke up whe-
18. n food was delivered. He still remained
19. on the floor. A tray containing a hamb-
20. urger was layed before him. He tugge-
21. d a mact (makeshift bed) from the bunk
22. so that he may lay his head on it. He re-
23. ached for the tray with his foot and b-
24. rought it towards him putting it under hi-
25. s bed. Then he slept a few hours. Upon w-
26. aking, he was the made fun of by other
27. inmates through the vent. This continue-
28. d from about 1-4pm. At about 6 o'clock

COMPLAINT                    [5]

deputy Wicker (acting as a nurse) inspected Serger's face and jaw. She then negligently told him it was "okay". After repeated requests he was denied medical attention. (Physical exams and X-rays here at NSH have concluded that Serger suffered a broken jaw and at least 3 fractured ribs.)

(4) The Sutter County's Sheriff Department has failed to adequately train and supervise it's employees. Serger has made several complaints and requested medical attention to no avail. They are monetary liable for damages it's employees have caused. (negligence)

(5) The County of Sutter has failed to supervise the Sheriff's Department and monitor any of it's corrupted practices. It is monetary liable for any damages it's public employees have caused. (negligence)

V. As a result of these Public Employees, and Entities' General Negligence and Intentional Torts in acts of assault and battery, and refusal of providing medical attention, violating Michael A.

COMPLAINT          [6]

Serger's Civil Rights in gross violations of state and federal statutes and law, the plaintiff seeks injunctive relief, and monetary damages as follows:

## Injunctive Relief:

- Serger requests an injunction, ordering the said defendants to refrain from taunting, mocking, harassing, and commiting acts of assault and battery against him. (Serger has poor syntax and may be an easy target for corrupted officers, but is sane and knows when he is being wronged.)

## Monetary Damages:

| | |
|---|---|
| • Broken Jaw | 20,000 |
| at least • 3 Fractured Ribs | 60,000 |
| (according to X-rays taken in 12/07 and patient's rights documents) | |
| • Pain and Suffering | 80,000 |
| • Civil Rights Violations (punitive) | 1,000,000 |
| | **$1,160,000** |

(Serger would settle for appropriate judgement.

COMPLAINT            [7]

I, Michael A. Serger, declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of June, 2008.

*Michael A. Serger*
Michael A. Serger

---

I, Marlon Pagtakhan, acting as a layman advocate, helped the plaintiff Michael A. Serger to the best of my ability in compiling this complaint.

6/10/2008        *Marlon Pagtakhan*
Dated              Marlon Pagtakhan

---

Michael A. Serger #2073138
Napa State Hospital Q9
2100 Napa Vallejo Hwy.
Napa, Ca. 94558

Attachments include an application for counsel, order to show cause & TRO, and affidavit.

COMPLAINT          [8]

In the United States District Court
For the Eastern District Of California

Michael A. Serger
v.
Sutter County Sheriff's Department ET AL

Application For Appointment Of Counsel
No._____

Michael A. Serger #2073138
Napa State Hospital Q9
2100 Napa Vallejo Hwy.
Napa, Ca. 94558

I need a lawyer as I am disabled, do not have adequate resources (material & law library), have trouble speaking, and do not know the law well.

I declare under penalties of perjury that the foregoing is true. I understand that if assigned a lawyer, and that my lawyer learns I can afford a lawyer, he/she may submit this information to the court. If my answers on my application to Proceed in Forma Pauperis are false, my *civil rights action* may be dismissed.

Signed on this 15th day of June, 2008.

_____
Michael Arthur Serger

# ORDER TO SHOW CAUSE AND TEMPORARY ORDER ("TRO")

In the **United States District Court**
For the **Eastern District Of California**

| | |
|---|---|
| Michael A. Serger<br><br>v.<br><br>Sutter County Sheriff's Department ET AL | Order to Show Cause for Preliminary Injunction and Temporary Restraining Order<br><br>Civil Action No. _____ |

Upon the complaint, supporting affidavits of plaintiff sworn to the 15th day of June, 2008, and the memorandum of law submitted herewith, it is:

**ORDERED** that the above named defendants Adams, Barnec, Simpson, "John Doe," Kehoe, show cause in room ____ of the United States Courthouse, 501 I St., Sacramento, California 95814, on the ____ day of _____, 2008, at ____ o'clock, or as soon thereafter as counsel may be heard, why preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert or participation with them, are restrained from taunting, mocking, harassing, and committing acts of assault and battery against

[1]

him. (Michael A. Serger)

**IT IS FURTHER ORDERED** that effective immediately, and pending the hearing and determination of this order to show cause, the defendants Adams, Barnec, Simpson, "John Doe", Kehoe, and each of their officers, agents, employees, and all persons acting in concert or participation with them, are restrained from taunting, mocking, harassing, and commiting acts of assault and battery against Michael A. Serger.

**IT IS FURTHER ORDERED** that personal service of a copy of this order and annexed affidavit upon the defendants or his counsel on or before _____, shall be deemed good and sufficient service thereof.

Dated:
_____
United States District Judge

[2]

In the **United States District Court**
For the **Eastern District Of California**

Michael A. Serger
v.
Sutter County Sheriff's Department ET AL

AFFIDAVIT

Civil Action No. _____

# AFFIDAVIT OF MICHAEL A. SERGER

I, Michael Arthur Serger, being duly sworn according to the law depose and say that I am the Plaintiff in the above entitled proceeding.

I fear for my life, and person, having already been beaten (assaulted) by the said defendants and feel I will be further assaulted and beaten if federal injunctive relief is not granted. My complaints were unanswered.

All of the information I have submitted in support of my request is true and correct.

Sworn to before me this ____ day of ____, 2008.

NOTARY PUBLIC          [1]          Sign here before notary public

*Proof of Service – Mail*

## PROOF OF SERVICE

Re:  Case Number **CV 08 2188 SI (PR)**
     Case Title **Pagtakhan ET AL**
     **v. Witt ET AL**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/~~am not~~ a party in the above-entitled action. I ~~am employed in~~/reside in the County of **???** and my ~~business~~/residence address is **Napa State Hospital Q9, 2100 Napa Vallejo Hwy., Napa, Ca. 94558-6293**

On **6/17/08**, I served the attached document described as a **motion to file attached documents on record (1 page), attached document (12 pages)**

on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in **Napa State Hospital**, California, addressed as follows:

**Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102**

I, **Marlon Estacio Pagtakhan**, declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 17th, 2008**, at **Napa State Hospital Napa**, California.

*Marlon E. Pagtakhan*
Signature





Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Marlon E. Pagtakhan Q9 20742227
NAPA STATE HOSPITAL
2100 NAPA VALLEJO HWY.
NAPA, CA  94558-6293

( LEGAL MAIL )