UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON E. PAGTAKHAN; et al.,<br>　　　　Plaintiffs,<br>　　v.<br>JOHN DOE, detective; et al.,<br>　　　　Defendants. | No. C 08-2188 SI (pr)<br><br>**JUDGMENT** |

Judgment is now entered against plaintiffs and in favor of all defendants.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2014

_____
SUSAN ILLSTON
United States District Judge